**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELLA ROOK | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00235 SWW |
| PAUL DORSETT and 5J OILFIELD | * | |
| SERVICES LLC | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## **ORDER**

The parties report that this dispute has been settled, and they request that this action be dismissed, with prejudice. The joint motion to dismiss (ECF No. 8) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE